# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

TRIREME MEDICAL, LLC    v.    ANGIOSCORE, INC.

No. 17-1903

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Counsel must immediately file an updated Entry of Appearance if representation changes, including a change in contact information. Electronic filers must also report a change in contact information to the PACER Service Center. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):
- ☐ Pro Se
- ☒ As counsel for: TriReme Medical, LLC (Name of party)

I am, or the party I represent is (select one):
- ☐ Petitioner    ☐ Respondent    ☐ Amicus curiae    ☐ Cross Appellant
- ☒ Appellant    ☐ Appellee    ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):
- ☐ Petitioner or appellant    ☐ Respondent or appellee

| | |
|---|---|
| Name: | Thomas T. Carmack |
| Law Firm: | ARNOLD & PORTER KAYE SCHOLER LLP |
| Address: | 3000 El Camino Real, Five Palo Alto Square, Suite 500 |
| City, State and Zip: | Palo Alto, CA 94306 |
| Telephone: | (650) 319-4500 |
| Fax #: | (650) 319-4700 |
| E-mail address: | tom.carmack@apks.com |

Statement to be completed by counsel only (select one):
- ☐ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.
- ☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]
- ☒ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): October 8, 2008

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only): ☐ Yes    ☒ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date: April 26, 2017    Signature of pro se or counsel: /s/ Thomas T. Carmack

cc: Appellee's Counsel

Reset Fields

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on **April 26, 2017** by:

- ☐ U.S. Mail
- ☐ Fax
- ☐ Hand
- ☒ Electronic Means (by E-mail or CM/ECF)

| | |
|---|---|
| David A. Caine | /s/ David A. Caine |
| Name of Counsel | Signature of Counsel |

| | |
|---|---|
| Law Firm | ARNOLD & PORTER KAYE SCHOLER LLP |
| Address | 3000 El Camino Real, Five Palo Alto Square, Suite 500 |
| City, State, Zip | Palo Alto, CA 94306 |
| Telephone Number | (650) 319-4500 |
| Fax Number | (650) 319-4700 |
| E-Mail Address | david.caine@apks.com |

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.

Reset Fields