# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

TRIREME MEDICAL, LLC   v.   ANGIOSCORE, INC.

No. 17-1903

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Counsel must immediately file an updated Entry of Appearance if representation changes, including a change in contact information. Electronic filers must also report a change in contact information to the PACER Service Center. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se   ☒ As counsel for: TriReme Medical, LLC

Name of party

I am, or the party I represent is (select one):

☐ Petitioner   ☐ Respondent   ☐ Amicus curiae   ☐ Cross Appellant

☒ Appellant   ☐ Appellee   ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant   ☐ Respondent or appellee

| | |
|---|---|
| Name: | Michael D.K. Nguyen |
| Law Firm: | ARNOLD & PORTER KAYE SCHOLER LLP |
| Address: | 3000 El Camino Real, Five Palo Alto Square, Suite 500 |
| City, State and Zip: | Palo Alto, CA 94306 |
| Telephone: | (650) 319-4500 |
| Fax #: | (650) 319-4700 |
| E-mail address: | michael.nguyen@apks.com |

Statement to be completed by counsel only (select one):

☐ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☒ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): July 19, 2013

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only): ☐ Yes   ☒ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date April 26, 2017   Signature of pro se or counsel  /s/ Michael D.K. Nguyen

cc: Appellee's Counsel

Reset Fields

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on _April 26, 2017_ by:

- ☐ U.S. Mail
- ☐ Fax
- ☐ Hand
- ☒ Electronic Means (by E-mail or CM/ECF)

_David A. Caine_  
Name of Counsel

_/s/ David A. Caine_  
Signature of Counsel

Law Firm: ARNOLD & PORTER KAYE SCHOLER LLP  
Address: 3000 El Camino Real, Five Palo Alto Square, Suite 500  
City, State, Zip: Palo Alto, CA 94306  
Telephone Number: (650) 319-4500  
Fax Number: (650) 319-4700  
E-Mail Address: david.caine@apks.com

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.

Reset Fields